# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
|  | ) | Case No. 1:22 MJ 4385 |
|  | ) | |
|  | ) | |
| David James Smith | ) | |
|  | ) | |
| *Defendant(s)* | | |

**FILED**
12:41 pm Dec 19 2022
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 1, 2021 to July 15, 2022 in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Ct 1: 21 U.S.C. § 843(c)(2)(A) | Using the Internet to advertise and distribute controlled substances (9/1/21 to 7/4/22) |
| Cts 2-10: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Distribution of a controlled substance (Ct2: 11/10/21 - Methamphetamine); (Ct3: 12/12/21 - Fentanyl); (Ct4: 1/23/22 - Cocaine); (Ct5: 2/2/22 - Fentanyl); (Ct6: 3/15/22 - Fentanyl); (Ct7: 4/3/22 - Fentanyl); (Ct8: 4/25/22 - Methamphetamine); (Ct9: 6/1/22 - Fentanyl); (Ct10: 6/29/22 - Methamphetamine) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Shadron Starnes, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 12-19-2022

*Judge's signature*

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*