UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON                                     January 26, 2023
MAGISTRATE JUDGE: Bongiovanni                       DATE OF PROCEEDINGS
Digitally Recorded: John Moller


TITLE OF CASE:                                      23-MJ-3018 (TJB)
                    USDC for the Northern District of Ohio 1:22-mj-4385

UNITED STATES OF AMERICA,
        V.
DAVID JAMES SMITH


APPEARANCES:

Eric Boden, AUSA for Government
Adam Axel, AFPD for Defendant
Michele Roman, Pretrial Services Officer


NATURE OF PROCEEDING:     Rule 5 Initial Appearance via Video Conference

All parties consent to a Rule 5 Initial Appearance by video conference.
Defendant advised of his rights, charges and penalties.
Hearing on application by defendant for appointment of counsel.
Ordered application granted.
Ordered Adam Axel, AFPD appointed as counsel.
Financial affidavit executed and filed.
Rule 5 Initial appearance held.
Waiver of Rule 5 & 5.1. hearing executed.
Defendant advised of Rule 20 rights.
Hearing on application by defendant for release.
Ordered application denied.
Ordered defendant remanded to the custody of the US Marshals.
Detention Order to be entered.


TIME COMMENCED:      3:39 p.m.
TIME ADJOURNED:      3:51 p.m.                              s/ John Moller
TOTAL TIME: 12 MINUTES                                      Deputy Clerk