DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

**RECEIVED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

JAN 2 6 2023

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 23-mj-3018 (TJB) |
| | * | |
| DAVID JAMES SMITH | * | |
| | * | |
| | ***** | |

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [✓] Other:

Date: 1/26/2023

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge