AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**

**10:54 am Feb 22 2023**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David James Smith | ) | Case No.  1:22-mj-04385 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

     I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

     I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:  02/21/2023

/s/ David Smith, signed with consent by Attorney Jeff Lazarus
*Defendant's signature*

*Jeffrey B. Lazarus*
*Signature of defendant's attorney*

Jeff Lazaurs
*Printed name and bar number of defendant's attorney*

1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113

*Address of defendant's attorney*

jeffrey_lazarus@fd.org
*E-mail address of defendant's attorney*

216-522-4856
*Telephone number of defendant's attorney*

216-522-4321
*FAX number of defendant's attorney*